IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Petition for Appointment         :
of Constable                             :
                                         :
Appeal of: Exel Zamora                   :         No. 1485 C.D. 2015

## O R D E R

NOW, September 15, 2016, having considered appellant's application for reargument en banc, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge